## CERTIFICATE OF SERVICE

I, Hugh J. Hutchison, Esquire, hereby certify that I caused a copy of the foregoing

**AMENDED COMPLAINT** to be served upon the following via Hand Delivery  this 30thth

day of July, 2002:

**Hand Delivery**
Raymond A. Kresge, Esquire
Klett Rooney Lieber & Schorling, P.C.
12th Floor Logan Square
Philadelphia, PA 19103-2756


_____
Hugh J. Hutchison

Date: July 30, 2002