UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DR. MANHUA MANDY LIN             :
                                 :
        Plaintiff                :
                                 :
    vs.                          :   CIVIL ACTION NO.
                                 :
ROHM AND HAAS COMPANY            :
                                 :   JURY TRIAL DEMANDED
        Defendant                :

**ORDER**

AND NOW this          day of November 2002 upon consideration of the Motion of Defendant Rohm and Haas to partially dismiss Plaintiff's Amended Complaint, and after consideration of Plaintiff's response thereto, it is hereby ORDERED that Defendant's Motion DENIED in part and GRANTED in part. It is further ORDERED that:

1.      Plaintiff's Motion to Dismiss Count VI (defamation) and Count VII (false light/invasion of privacy) of the Amended Complaint is DENIED.

2.      Defendant's Motion to strike Plaintiff's demand for jury trial under Counts III and V of the Amended Complaint is DENIED.

3.      Plaintiff's claim for punitive damages under Counts III and V of the Amended Complaint is DISMISSED.

4.      Defendant's Motion to Dismiss Plaintiff's demand for attorney's fees under Counts VI, VII and VIII of the Amended Complaint is GRANTED.

5. All reference to the Fourteenth Amendment of the United States Constitution in Count I of the Amended Complaint are stricken.

By the Court:

_____
J.