**<u>VERIFICATION</u>**

     I, DR. MANHUA MANDY LIN hereby state that the statements made in the foregoing COMPLAINT are true and correct to the best of my knowledge, information and belief.  The undersigned understands that the statements therein are made subject to the penalties of 28 U.S.C. §1746 relating to unsworn falsification to authorities.

                                                                                                 _____
                                                                                                 DR. MANHUA MANDY LIN

Date: _____