:\FORMS\

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DR. MANHUA MANDY LIN                         CIVIL ACTION

       v.                                 :
                                           :
                                           :

                                         02-3612
ROHM AND HAAS COMPANY

**O R D E R**

        AND NOW, this 25TH day of OCTOBER, 2002, it is Ordered that this matter is **SCHEDULED**  for a RULE 16  conference in chambers before the Honorable J. Curtis Joyner, on **NOVEMBER 6, 2002** at 10:00aM in Room 8TH FLOOR - room 8613.

PS: If counsel is not available at this time and wish to reschedule or change this to a telephone conference - that party shall contact the Deputy Clerk (267-299-7419) and coordinate a new date and time for all parties. Plaintiff is to notify all parties of this conference.

ATTEST:                              or    BY THE COURT


BY:___ANGELA J. MICKIE___            _____
        Deputy Clerk                 Judge

Civ 12 (9/83)