W:\FORMS\.FRM

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DR. MANHUA MANDY LIN              :
                                  :
       vs.                        :        CIVIL ACTION NO. 02-3612
                                  :
ROHM AND HAAS COMPANY             :

**REPORT OF PRETRIAL OR SETTLEMENT CONFERENCE**

On this 14th day of NOVEMBER, 2002, a [X ] Pretrial [ ] Settlement Conference was held before Judge J. Curtis Joyner.

REMARKS:  MOTION FOR A DISMISSAL IS PENDING - WILL WAIT FOR IT TO BE DECIDED.

_____
Angela Mickie
Deputy Clerk to Judge Joyner

Civ 14 (8/80)