ROHM & HAAS CO.

v.

DR. MANHUA MANDY LIN

COMMONWEALTH of PENNSYLVANIA

COUNTY of MONTGOMERY

COURT of COMMON PLEAS

_____CIVIL_____ DIVISION

No. 00-10035

Motion for Preliminary Injunction

# Transcript of Notes of Testimony

Norristown, Pa.,     Monday, July 10     20<u>00</u>

Before THE HONORABLE BERNARD A. MOORE, JUDGE

Filed and entered this _____ day of _____ 20____

**AMY BETH BOYER**

OFFICIAL COURT REPORTER
COURT HOUSE
NORRISTOWN, PA.

PROTHONOTARY
CLERK OF COURTS

74

1
2    have no further questions.
3                    THE COURT:  Any redirect?
4                    MS. SHAW:  No, Your Honor.
5                    THE COURT:  Very well.  Thank
6    you, ma'am.  You may step down.
7                    THE WITNESS:  Thank you.
8                    (Witness excused.)
9                         -  -  -
10                   THE COURT:  Ms. Shaw, does the
11   plaintiff have a further witness?
12                   MS. SHAW:  Yes.  I'd like to call
13   Dr. Scott Han, please.
14                   THE COURT:  Very well.  If we
15   could ask Dr. Han to come forward, please?
16                        -  -  -
17                   SCOTT HAN, having been duly
18   sworn, was examined and testified as follows:
19                   MS. SHAW:  Your Honor, I would
20   ask -- and I should have asked before.  I apologize.
21                   I would ask that the documents in
22   this record that are marked confidential be filed under
23   seal; and at this point, I would ask that the courtroom
24   be cleared so that these proceedings and the transcript
25   of them at this point could be kept confidential,

HAN - DIRECT                                                              75

1
2  because we're about to describe the trade secrets, Your
3  Honor, that have been disclosed.
4              THE COURT:  Defense counsel have
5  any comment?
6              MR. HUTCHISON:  I mean, the way
7  this has been handled in the past is overkill to the
8  nth degree, but I don't have any objection.
9              THE COURT:  I mean, at this point
10 I don't think are there any unauthorized --
11             MS. SHAW:  Yes.
12             THE COURT:  -- individuals in the
13 courtroom, but if something arises, I think we can deal
14 with it as it arises.
15             In regard to the issue of having
16 this testimony sealed --
17             MS. SHAW:  Yes, sir.
18             THE COURT:  -- based on no
19 objection, the Court will grant that request.
20             MS. SHAW:  Thank you, sir.
21                    DIRECT EXAMINATION
22 BY MS. SHAW:
23 Q    Can you once again state your name for the record,
24 sir?
25 A    Scott Han.