PROTHONOTARY, MONTGOMERY COUNTY, PA          DATE 07/09/01
DOCKET INFORMATION

CASE INFORMATION

ROHM & HAAS CO                    VERSUS LIN MANHUA MANDY

CASE # 00-10035   DATE COMMENCED 06/02/00   JUDGE  DANIELE
CASETYPE COMPLAINT IN EQUITY
PARCEL # = - -

PLAINTIFF ROHM & HAAS CO                  ATTORNEY MAZURKEVICH DORIAN
1000 INDEPENDENCE MALL WEST    PHILA    PA 19106

DEFENDANT LIN MANHUA MANDY                ATTORNEY HUTCHISON HUGH
1616 HOLLY HILL LANE         MAPLE GLEN   PA 19002

DOCKET INFORMATION    BACK TO TOP

06/05/00 MOTION OF PLTF FOR EXPEDITED DISCOVERY
06/05/00 CERTIFICATION OF SERV OF PLTFS MOT FOR
         EXPEDITED DISCOVERY, MEMO, & PROPOSED ORDER ON 6/5/00
06/05/00 PETITION FOR PREL INJUNCTION BY PLTF
06/05/00 CERTIFICATION OF SERV OF PET FOR PREL
         INJUNCTION, RULE TO SHOW CAUSE WHY PREL INJUNCTION SHOULD NOT
         ISSUE & PROPOSED ORDER ON 6/5/00
06/06/00 ORDER OF 6/6/00 KEHS,CA  COPIES SENT
06/06/00 ORDER OF 6/6/00  KEHS,CA COPIES SENT
06/08/00 CERTIFICATION OF SERV OF MOT FOR EXPEDITED
         DISCOVERY ON 6/6/00
06/15/00 ORDER OF 6/9/00 NICHOLAS,J  COPIES SENT
         ON 6/9/00
06/15/00 SERVED DEFT MANUHA MANDY LIN ON 6/5/00
06/29/00 APPEARANCE OF HUGH J HUTCHINSON ESQ ON DEFT
06/29/00 CERTIFICATION OF SERV OF PLTFS PET FOR PREL
         INJUNCTION & PLTFS MOT FOR EXPEDITED DISCOVERY & PLTFS REQ
         FOR EXPEDITED PROD OF DOCS & NOTICE OF DEPO ON 6/5/00
07/03/00 CERTIFICATION OF SERV OF ANS NEW MATTER &
         COUNTERCLAIM ON 7/5/00
07/03/00 ANSWER-NEW MATTER-COUNTERCLAIM BY DEFT
07/07/00 ORDER OF 7/6/00 APPLICATION FOR
         CONTINAUANCE OF HEARING OF 7/10/00 IS DENIED  DRAYER,J
         COPIES SENT ON 7/6/00
07/07/00 ANSWER AND NEW MATTER BY TO PET FOR PREL INJUNCTION BY DEFT
         M LIN
07/11/00 ORDER OF 7/11/00 MOORE,J COPIES SENT ON
         7/12/00
07/11/00 ORDER OF 7/11/00 KEHS,CA COPIES SENT
07/07/00 CERTIFICATION OF SERV OF ANS TO PET FOR PREL
         INJUNCTION ON 7/7/00
07/12/00 ORDER OF 7/10/00 MOORE,J COPIES SENT
07/13/00 CERTIFICATION OF SERV OF RESPONSE TO OBJS TO
         REQUETS FOR EXPEDITED PROD OF DOCS ON 7/13/00
07/13/00 OBJECTIONS OF PLTF TO DEFTS NOTICE TO ATTEND
         DIRECTED TO SCOTT HAN
07/14/00 BOND $1,000.00
07/17/00 ORDER OF 7/14/00 MOORE,J COPIES SENT
07/18/00 ORDER OF 7/14/00 MOORE,J COPIES SENT
07/19/00 HEARING/CT REPORTER 7/10/00  MAY BOYER

```
07/19/00 HEARING/CT REPORTER 7/14/00  AMY BOYER
09/15/00 ORDER OF 9/15/00 TRANSCRIPT TO JULY 10,
         2000 MOT FOR PREL INJUNCTION HEARING IS SEALED - MOORE,J
09/15/00 ORDER OF 9/15/00 TRANSCRIPT ON REGARD TO
         JULY 14,2000 MOT FOR PREL INJUNCTION HEARING IS SEALED-
         MOORE,J
09/20/00 MOTION TO COMPEL BY PLTF
09/25/00 ORDER OF 9/21/00 MOORE,J COPIES SENT ON
         9/21/00
09/26/00 CERTIFICATION OF SERV OF ANS TO MOT TO COMPEL &
         CROSS MOT TO COMPEL & IN SUPPORT CROSS-MOT FOR PROTECTIVE ORDER ON
         9/25/00
09/25/00 CERTIFICATION OF SERV OF MOT TO COMPEL ON
         9/26/00
09/26/00 ANSWER TO MOT TO COMPEL & CROSS MOT FOR
         A PROTECTIVE ORDER BY DEFT
09/26/00 ORDER OF 9/21/00 KEHS CA COPIES SENT
10/03/00 ORDER OF 10/2/00 MOT TO COMPEL IS DENIED
         & ORDER IS GRANTED MOORE,J COPIES SENT ON 10/2/00
09/20/00 CERTIFICATION OF SERV OF MOT TO COMPEL ORDER &
         MEMO OF LAW ON 9/20/00
10/11/00 ORDER OF 10/11/00 MOORE J
10/11/00 CERTIFICATION OF SERV OF MOT TO COMPEL & MEMO OF
         LAW ON 10/11/00
10/11/00 CERTIFICATION OF SERV OF MOT TO QUASH NOTICE TO
         ATTEND ON 10/11/00
10/11/00 MOTION BARRING DEFT FROM INTRODUCING
         PUBLIC RECORDS BY PLTF
10/11/00 MOTION TO QUASH NOTICE TO ATTEND ISSUE TO
         ROHM & HASS CO BY PLTF
10/17/00 HEARING/CT REPORTER 10/11/00  PAULA MESZAROS
10/17/00 HEARING/CT REPORTER 10/12/00  PAULA MESZAROS
10/19/00 ORDER OF 10/16/00 MOORE,J COPIES SENT
10/25/00 ORDER OF 10/24/00 MOORE J COPIES SENT
         10/24/00
11/06/00 MOTION TO QUASH NOTICE TO ATTEND BY PLTF
11/13/00 ORDER OF 11/2/00 NOTES OF TESTIMONY FROM
         10/11 & 12,000 HEARING ARE SEALED MOORE J
11/15/00 ORDER FOR HEARING OF 11/13/00 MOORE J COPIES SENT
         11/13/00
11/21/00 HEARING/CT REPORTER 11/20/00  AMY BOYER
12/08/00 ORDER OF 12/4/00 MOORE,J COPIES SENT ON
         12/4/00
02/09/01 ORDER FOR HEARING OF 2/7/01 MOORE J COPIES SENT
         2/7/01
02/26/01 HEARING/CT REPORTER 2/5/01  MARY LOU HOELSCHER
02/26/01 HEARING/CT REPORTER 2/6/01  MARY LOU HOELSCHER
02/26/01 HEARING/CT REPORTER 2/20/01  TIM KUREK
03/13/01 HEARING/CT REPORTER 2/26/01  AMY BOYER
04/17/01 ORDER OF 4/17/01 MOORE,J COPIES SENT
         4/17/01
05/02/01 ORDER OF 4/26/01 DEFTS MOT TO DISSSOLVE
         PRELIM INJUNCT DENIED MOORE J COPIES SENT 4/26/01
05/07/01 CERTIFICATION OF SERV OF NOTICE OF APPEAL ON
         5/4/01
05/07/01 NOTICE OF APPEAL TO SUPERIOR CT OF PA FROM ORDER OF
         4/17/01 MOORE J
05/10/01 ORDER OF 5/9/01 MOORE J COPIES SENT
         5/9/01
05/16/01 CERTIFICATION OF SERV OF DEFTS STATEMENT OF
         MATTERS COMPLAINED OF ON APPEAL SENT ON 5/14/01
```

```
05/16/01 NOTICE OF APPEAL TO SUPERIOR COURT OF PA DOCKETED AT
         NO 1246 EDA 2001
05/16/01 STATEMENT OF MATTERS COMPLAINED OF DEFTS
04/23/01 MOTION TO DISSOLVE PREL INJ OR IN THE
         ALT TO MODIFY ORDER GRANTING INJ RELIEF
04/23/01 CERTIFICATION OF SERV OF DEFTS MOT TO DISSOLVE
         PREL INJUNCTION OR IN ALTERNATIVE TO MODIFY ORDER GRANTING
         INJUNCTION RELIEF SENT ON 4/20/01
06/19/01 OPINION OF 6/19/01 MOORE J COPIES SENT
         6/19/01
06/22/01 PAPERS FORWARDED TO SUPERIOR CT OF PA BY CERT MAIL
         7000 0600 0024 5212 3170
06/26/01 ORDER OF 6/26//01 PLTFS & DEFTS TRAIL
         EXHIBITS ARE HEREBY SEALED MOORE J
06/26/01 ORDER OF 6/26/01-MOORE,J  NOTES OF
         TESTIMONY OF 7/10/00, 7/14/00, 11/6/00, 2/5/01, 2/6/01, 2/20/01,
         & 2/26/01 ARE SEALED
06/27/01 PAPERS FORWARDED TO SUPERIOR CT OF PA BY CERT MAIL
         7000 0600 0024 5212 3125
END OF DATA
```

BACK TO TOP      DOCKET INFORMATION

HOME      PROTHONTARY NAME INDEX      RUSSELL NUMBER SEARCH      ABUSER NAME SEARCH