| | |
|---|---|
| Rohm and Haas Company | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| V. | (C.P. Montgomery County No. 00-10035) |
| Dr. Manhua Mandy Lin | Nos. 1246 EDA 2001<br>Filed: September 25, 2001 |

## O R D E R

Appellee's application to seal the certified record, briefs and reproduced record is **GRANTED**. The certified record, briefs and reproduced record shall remain sealed until all appellate avenues, or the time for seeking such relief, have elapsed.

Appellant's counter application to unseal the reproduced record is **DENIED**.

**Per Curiam**

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of December 2002, I caused to be served a true and correct copy of Defendant's Motion for a Protective Order and the accompanying Memorandum of Law by first-class mail postage prepaid upon plaintiff's counsel:

        Hugh J. Hutchinson, Esquire
        Leonard, Tillery & Sciolla, LLP
        1515 Market Street
        Suite 1800
        Philadelphia, PA 19102

*Raymond A. Kresge* (signature)
RAYMOND A. KRESGE

KRLSPHI:184194.1