```
W:\FORMS\
```
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DR. MANUAH MANDY LIN         :         CIVIL ACTION
                             :
         v.                  :
                             :
ROHM AND HAAS                :         NO. 02-3612

**O R D E R**

AND NOW, this 5TH day of FEBRUARY, 2003, it ordered that this matter is scheduled for a - STATUS conference on FEBRUARY 11, 2003 at 9:30AM before the Honorable J. Curtis Joyner in CHAMBERS - room - 8613.

*If you are unable to attend this meeting and wish to reschedule or to change the conference to a telephone conference - it is **your** (the counsel not available) - responsibility to coordinate the date and time with all counsel involved and to contact the the Deputy at - 267-299-7419

ATTEST:                              or    BY THE COURT


BY:  ANGELA J. MICKIE                      _____
        Deputy Clerk                                Judge

Civ 12 (9/83)