IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DR. MANHUA MANDY LIN, | : | CIVIL ACTION |
| Plaintiff, | : | 02-3612 |
| v. | : | |
| ROHM AND HAAS COMPANY, | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this       day of February, 2003, upon consideration of the Defendant Rohm and Haas Company's Motion for a Protective Order (Document No. 11) and Plaintiff's response thereto, it is hereby ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that all information, data, documents, original and reproduced records, briefs and notes of testimony, and exhibits presented before the Pennsylvania Court of Common Pleas of Montgomery County in <u>Rohm and Haas v. Lin</u>, Civil Action No. 00-10035 and before the Pennsylvania Superior Court, Docket No. 1246 EDA 2001, are confidential and to the extent used in this case, are to be placed and filed under seal.

BY THE COURT:

_____
J. CURTIS JOYNER, J.