W:\FORMS\.FRM

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DR. MANHUA MANDY LIN           :
                               :
     vs.                       :          CIVIL ACTION NO. 02-3612
                               :
ROHM AND HAAS COMPANY          :

**REPORT OF PRETRIAL OR SETTLEMENT CONFERENCE**

On this 11TH day of FEBRUARY, 2003, a [ X] Pretrial [ ] Settlement Conference was held before Judge J. Curtis Joyner.

REMARKS: 120 DAYS DISCOVERY

                                            _____
                                            Angela Mickie
                                            Deputy Clerk to Judge Joyner

Civ 14 (8/80)