UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
DR. MANHUA MANDY LIN            :
                                :
    Plaintiff              :
                                :
    vs.                    :   CIVIL ACTION NO. 02-CV-3612
                                :
ROHM AND HAAS COMPANY           :
                                :
    Defendant              :

**ORDER**

    AND NOW, this ___ day of ___, 2003, upon consideration of the Motion for Reconsideration filed by Rohm and Haas and Plaintiff's response thereto, it is hereby ORDERED that the Motion is DENIED.

                                        _____
                                                                J.