**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
DR. MANHUA MANDY LIN,            :      CIVIL ACTION
                                 :
         Plaintiff,              :      02-3612
                                 :
    v.                           :
                                 :
ROHM AND HAAS COMPANY,           :
                                 :
         Defendant.              :
```

## ORDER

AND NOW, this        day of March, 2003, upon consideration of the Plaintiff's Motion to Strike or Exclude Matters Outside the Pleadings (Document No. 15), it is hereby ORDERED that the Motion is DENIED.


BY THE COURT:


_____
J. CURTIS JOYNER, J.