NAME: Man-Shek Lin     DATE: 6-19-2000

# REMEDY INFORMATION

1. If your charge alleges failure to hire or failure to promote, what was the salary or salary range of the job you applied for? $_____. What was the salary of the position you held at the time you applied for the position in question? $_____.

2. If your charge alleges discharge or suspension without pay, what was the salary of the position you held at the time of discharge or suspension? $_____.

3. If your charge alleges demotion, what was the salary of the position you held before you were demoted? $_____. After you were demoted? $_____.

5. Other than loss of salary, what money have you lost as a result of the alleged discrimination (e.g., cost of looking for new job, cost of health insurance you had to buy, etc.)? Describe each type of loss and provide an approximate dollar value for each type of loss. (NOTE: You should save receipts or other proof of all such expenses.)

On 3/22/2000, I was informed that Dr. Tatum, CTO of R&H company and other executives will destroy my future career and damage my reputation. Since then, I had been unable to engage in any effective job search. On June 2, 2000, R&H filed a law suit against my right after EEOC informed them of my complaints in April 2000, regarding its breach of settlement Agreement (terms 7I and 7L). I have to, up to now, spend more $15,000 for my legal representatives to defend myself against the retaliation.

6. Other than monetary losses, what losses have you incurred as a result of the alleged discrimination (e.g., loss of seniority, no longer being part of a pension plan, loss of company car, had to seek psychiatric services)?

I have, since March 2000, suffered extreme mental and emotional stress, in addition to the pain and suffering I sustained since 1997 when the retaliation started. I have been seeing Dr. P. Fiesca of Abington Memorial Health Center, for my pain and suffering

## REMEDY INFORMATION (p. 2)

7. What relief or remedy are you seeking in response to filing a charge with EEOC?

For lost of career and future job, I request EEOC to stop R&H from engaging in retaliation and harassment. I request compensitory and punitive damage for lost income, and pain and suffering. (occur now and future)

8. If your charge alleges discharge or failure to hire, have you obtained other employment since the date of the alleged discrimination? If yes, please indicate the date of employment and the salary you earn with this new employer. (If there has been more than one employer, please indicate all dates of employment and salary with each employer since your date of discharge or the date you were denied hire by the employer named in your charge.)

I declare under penalty of perjury that I have read the above statements and that they are true and correct.

_Manhwa Lin_      6/19/2000
**Signature**      **Date**