UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. MANHUA MANDY LIN, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 02-CV-3612 |
| ROHM AND HAAS COMPANY, | : |
| Defendant. | : |

## ORDER

AND NOW, this ____ day of _____, 2003, upon consideration of Defendant's Motion to Compel and Plaintiff's response thereto, the Motion is GRANTED, and it is hereby ORDERED that:

1. Plaintiff shall provide complete answers to Defendant's First and Second Set of Document Requests and a full, responsive document production within ten days of this Order;

2. Plaintiff shall provide complete answers to Defendant's Interrogatory Nos. 7, 8, 12, 13, 16, 17, 18, 19, 20, 23 within ten days of this Order;

3. Count VIII of the Amended Complaint (claim for intentional infliction of emotional distress) and Plaintiff's compensatory damages claims for "emotional pain, distress, suffering, mental anguish, humiliation, loss of enjoyment of life and damage to reputation" as presented in Counts I-VII of the Amended Complaint are hereby dismissed with prejudice.

4. Plaintiff shall pay Defendant the reasonable attorneys' fees incurred by Defendant in preparing the Motion to Compel. Defendant shall present to the Court its accounting of its fees incurred in the preparation of the Motion to Compel.

_____
J.