UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. MANHUA MANDY LIN, : | |
| : | |
| Plaintiff, : | |
| v.  : | CIVIL ACTION NO. 02-CV-3612 |
| : | |
| ROHM AND HAAS COMPANY, : | |
| : | |
| Defendant. : | |

ORDER

AND NOW, this _____ day of _____, 2003, upon consideration of Defendant's Unopposed Motion to Extend Date for Exchange of Trial Exhibits, it is hereby ORDERED that said Motion is GRANTED. The date set in Paragraph 2 of the Court's Scheduling Order for the parties to mark and exchange trial exhibits is hereby extended until further notice pending disposition of Defendant's Motion to Compel.

BY THE COURT:

_____
JOYNER,                                                J.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DR. MANHUA MANDY LIN, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 02-CV-3612 |
| | : | |
| ROHM AND HAAS COMPANY, | : | |
| | : | |
| Defendant. | : | |

DEFENDANT'S UNOPPOSED MOTION TO EXTEND
DATE FOR EXCHANGE OF TRIAL EXHIBITS

Defendant Rohm and Haas Company hereby moves for an Order amending the Court's February 27, 2003 Scheduling Order to extend the date for marking and exchanging trial exhibits until the Court has ruled on defendant's pending motion to compel. In support whereof, defendant states as follows:

1.  On February 26, 2003, this Court issued a Scheduling Order which required in paragraph 2 that "[a]ll trial exhibits shall be marked and exchanged on or before June 20, 2003."

2.  On June 5, 2003, the Court held a teleconference with the parties to discuss various discovery disputes and directed the parties to submit those disputes to the Court by way of formal motion.

3.  On June 9, 2003, defendant filed a motion to compel plaintiff to provide responses to defendant's document requests and answers to certain of defendant's interrogatories. Plaintiff has not yet responded to the motion, and the Court has not yet ruled on the motion.

4. Since the issue of plaintiff's discovery obligations has not yet been resolved, it is premature for defendant to assess the exhibits it may select for trial, and it is premature to have a trial exhibit exchange.

5. The current trial pool listing is August 4, 2003, and therefore, there can be some additional time allowed for a trial exhibit exchange.

6. Plaintiff does not oppose a request to extend the date for a trial exhibit exchange, and undersigned counsel has so conferred with plaintiff's counsel.

WHEREFORE, Defendant Rohm and Haas Company hereby requests that the Court amend paragraph 2 of the Scheduling Order by extending the deadline for the parties to mark and exchange trial exhibits until some reasonable time after the Court decides defendant's pending motion to compel.

Respectfully submitted,

*/s/ Raymond A. Kresge*
RAYMOND A. KRESGE
ANDREW J. ROLFES
Klett Rooney Lieber & Schorling
Two Logan Square, 12th Floor
18th & Arch Streets
Philadelphia, PA 19103-2756
(215) 567-7500
    and
CELIA JOSEPH
Rohm and Haas Company
100 Independence Mall West
Philadelphia, PA 19106-2399
(215) 592-3661

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of June 2003, I caused to be served a true and correct copy of the foregoing Defendant's Unopposed Motion to Extend Date for Exchange of Trial Exhibits by U.S. Mail postage prepaid upon plaintiff's counsel:

>Hugh J. Hutchison, Esquire
>Leonard, Tillery & Sciolla, LLP
>1515 Market Street
>Suite 1800
>Philadelphia, PA 19102

>*/s/ Raymond A. Kresge*
>RAYMOND A. KRESGE

KRLSPHI:196909.1