## CERTIFICATE OF SERVICE

I, Hugh J. Hutchison, Esquire, hereby certify that I caused a copy of the foregoing **PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION TO COMPEL** to be served upon the following via hand delivery this 19th day of June, 2003:

> Raymond A. Kresge, Esquire
> Klett Rooney Lieber & Schorling, P.C.
> 12th Floor, Two Logan Square
> 18th & Arch Streets
> Philadelphia, PA 19103-2756

_____
Hugh J. Hutchison

Date: