UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
DR. MANHUA MANDY LIN                  :
                                      :
            Plaintiff                 :
                                      :
      vs.                             :     CIVIL ACTION NO.  02-CV-3612
                                      :
ROHM AND HAAS COMPANY                 :
                                      :
            Defendant                 :

**ORDER**

AND NOW, this      day of       , 2003, upon consideration of the Defendant's Motion to Compel discovery submitted by Defendant, Rohm and Haas Company and Plaintiff's response thereto is hereby ordered that the Motion is DENIED.

                                            _____
                                                                        J.