UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
DR. MANHUA MANDY LIN           :
                               :
        Plaintiff              :
                               :
    vs.                        :    CIVIL ACTION NO.  02-CV-3612
                               :
ROHM AND HAAS COMPANY          :
                               :
        Defendant              :

# ORDER

AND NOW, this      day of      , 2003, upon consideration of the Plaintiff's Motion to Compel discovery pursuant to Fed.R.Civ.P. 37 and Defendant's response thereto, it hereby ordered as follows:

1.    Plaintiff's Motion to Compel full and complete responses to Interrogatories and Requests for Production of Documents is GRANTED;

    A.    Defendant's objections on the grounds that there is a collateral estoppel effect to the fact findings made in the State Action that prohibits re-litigation are OVERRULED;

    B.    Defendant's objections that the requested discovery is unnecessary, duplicative and unduly burdensome are OVERRULED.

    C.    Defendant's objections that the requested discovery seeks discovery of trade secret information and facts related to trade secret issues that have already been decided by the Montgomery County Court of Common Pleas are OVERRULLED.

2. Defendant shall provide full and complete answers to Plaintiff's interrogatories and full and complete responses to Plaintiff's Request for Production of Documents within ten (10) days of the date of this Order.

3. Defendant shall pay Plaintiff a reasonable attorney's fee representing the costs and fees incurred by Plaintiff in preparing the Motion to Compel. Plaintiff shall present to the Court its accounting of its fees incurred in the preparation of the Motion to Compel within ten (10) days.

4. The discovery deadline set forth in this Court's Scheduling Order of February 6, 2003 is hereby rescinded. An amended scheduling order shall be issued separately.

                                                   _____
                                                   J.