**CERTIFICATE OF SERVICE**

I, Hugh J. Hutchison, Esquire, hereby certify that I caused a copy of the foregoing **PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO COMPEL** to be served upon the following via hand delivery this 19th day of June, 2003:

Raymond A. Kresge, Esquire
Klett Rooney Lieber & Schorling, P.C.
12th Floor, Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103-2756

_____
Hugh J. Hutchison

Date: