# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

12TH FLOOR, TWO LOGAN SQUARE
PHILADELPHIA, PENNSYLVANIA 19103-2756
TELEPHONE (215) 567-7500

Raymond A. Kresge
(215) 567-7745
rakresge@klettrooney.com

FACSIMILE (215) 567-2737

June 18, 2003

*Via Facsimile*

Hugh J. Hutchison, Esquire
Leonard, Tillery & Sciolla, LLP
1515 Market Street
Suite 1800
Philadelphia, PA 19102

Re: Lin v. Rohm and Haas Company,
Civil No. 02-3612 (E.D. Pa.)

Dear Hugh:

In my cursory review of plaintiff's June 17 production, I noticed that plaintiff's journal (as referenced in plaintiff's answer to interrogatory no. 12) was not produced. If the journal is somewhere in the June 17 production, please identify the journal by Bate-stamp number. If the journal was not included in the June 17 production, please produce it today. Thank you.

Very truly yours,

Raymond A. Kresge

RAK/kc

KRLSPHI:197133.1

PENNSYLVANIA    DELAWARE    NEW JERSEY    WASHINGTON, D.C.

```
                    JOB STATUS REPORT

                                           TIME   06/18/2003 10:47
                                           NAME :
                                           FAX# :
                                           TEL# :
                                           SER.#  BRO3J2601524


    DATE,TIME                        06/18  10:47
    FAX NO./NAME                     #227
    DURATION                         00:00:17
    PAGE(S)                          02
    RESULT                           OK
    MODE                             STANDARD
                                     ECM
```

FAXED

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

12TH FLOOR, TWO LOGAN SQUARE
PHILADELPHIA, PENNSYLVANIA 19103-2756
TELEPHONE: (215) 567-7500
FACSIMILE: (215) 567-2737

**Date:** June 18, 2003

**Number of pages (inclusive):**

**To:** Hugh Hutchison

**Recipients Fax #:** 215-564-4611

**Recipients Phone #:** 215-561-6754

**From:** Raymond A. Kresge

**Client:** R5181   **Matter:** 228

**MESSAGE:**

If you did not receive all the pages, please call (215) 567-7500