```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


DR. MANHUA MANDY LIN,            :     CIVIL ACTION
                                 :
       Plaintiff,                :     02-3612
                                 :
    v.                           :
                                 :
ROHM AND HAAS COMPANY,           :
                                 :
       Defendant.                :
```

**ORDER**

AND NOW, this       day of July, 2003, upon consideration of the Defendant's Motion to Compel (Document No. 26) and Plaintiff's response thereto, it is hereby ORDERED that the Motion is GRANTED in part and DENIED in part, as follows:

   (1) the Motion to Compel complete answers to Defendant's First and Second Set of Document Requests is GRANTED;

   (2) the Motion to Compel complete answers to Defendant's Interrogatories is GRANTED for Interrogatories Nos. 7, 8, 12, 13, 16, 17, 18, 19 and 20;

   (3) the Motion to Compel an answer to Interrogatory No. 23 is GRANTED as it pertains strictly to the grant monies, income, or salary that Plaintiff may have received (in dollar amounts) from any source, including EverNu Technology LLC, since November 30, 1999;

   (4) the Motion to Dismiss Count VIII and Plaintiff's compensatory damages claims is DENIED;

   (5) the Motion for Attorneys' Fees is DENIED.

Plaintiff shall provide complete responses to Defendant's First and Second Set of Document Requests and complete answers to Defendant's Interrogatory Nos. 7, 8, 12, 13, 16, 17, 18, 19 and 20 within ten (10) days from the entry date of this Order.

Plaintiff shall also provide a complete answer per the Court's Order to Interrogatory No. 23 within ten (10) days from the entry date of this Order.

BY THE COURT:

_____
J. CURTIS JOYNER, J.