## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DR. MANHUA MANDY LIN, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | 02-3612 |
| | : | |
| v. | : | |
| | : | |
| ROHM AND HAAS COMPANY, | : | |
| | : | |
| Defendant. | : | |

### ORDER

AND NOW, this        day of July, 2003, upon consideration of the Defendant's Unopposed Motion to Extend Date for Exchange of Trial Exhibits (Document No. 27), it is hereby ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the following deadlines set forth in the Scheduling Order dated February 26, 2003 shall be AMENDED as follows:

(1) All trial exhibits shall be marked and exchanged on or before: July 18, 2003;

(2) Plaintiff shall identify and submit Curriculum Vitae for all expert witnesses on or before: July 18, 2003.  Reports and/or responses to expert witness discovery for all such expert witnesses shall be served by plaintiff on defendant on or before: July 25, 2003;

(3) Defendant shall identify and submit Curriculum Vitae for all expert witnesses on or before July 18, 2003.  Reports and/or responses to expert witness discovery for all such

expert witnesses shall be served by defendant on plaintiff on or before August 4, 2003;

    (4) ALL MOTIONS FOR SUMMARY JUDGMENT ARE DUE BY: August 14, 2003;

    (3) The case will be placed in the Court's trial pool on: September 2, 2003.

                      BY THE COURT:

                        _____

                      J. CURTIS JOYNER, J.