IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
DR. MANHUA MANDY LIN,            :    CIVIL ACTION
                                 :
        Plaintiff,               :    02-3612
                                 :
    v.                           :
                                 :
ROHM AND HAAS COMPANY,           :
                                 :
        Defendant.               :
```

### ORDER

AND NOW, this       day of July, 2003, upon consideration of the Plaintiff's Motion to Compel (Document No. 29), it is hereby ORDERED that the Motion is GRANTED in part and DENIED in part, as follows:

(1) the Motion to Compel full and complete answers to Plaintiff's Interrogatories and full and complete responses to Plaintiff's Requests for Production of Documents is GRANTED as it pertains to Interrogatories Nos. 5, 15, 19, and 20 and Document Request Nos. 3, 14, 15, and 16;

(2) the Motion for Attorney's Fee is DENIED;

(3) the Motion for an Extension of Discovery Deadline is GRANTED.

IT IS FURTHER ORDERED that the discovery deadline is EXTENDED for ten (10) days from the entry date of this Order

IT IS STILL FURTHER ORDERED that Defendant shall provide complete answers to Plaintiff's Interrogatories Nos. 5, 15, 19, and 20 and complete responses to Plaintiff's Document Request

Nos. 3, 14, 15, and 16 within ten (10) days of the entry date of this Order.

BY THE COURT:

_____
J. CURTIS JOYNER, J.