UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DR. MANHUA MANDY LIN, :
:
        Plaintiff, :
v. : CIVIL ACTION NO. 02-CV-3612
:
ROHM AND HAAS COMPANY, :
:
        Defendant. :

## ORDER

AND NOW, this ____ day of _____, 2003, upon consideration of Defendant's Unopposed Motion To Remove Case From Trial Pool Listing, it is hereby ORDERED that the Motion is GRANTED and that the case is removed from the trial pool until further order of the Court. It is further ordered that the parties are relieved from the obligation to file pretrial submissions until further order of the Court.

_____
                                                                       J.