IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DR. MANHUA MANDY LIN, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | 03-3692 |
| | : | |
| v. | : | |
| | : | |
| ROHM AND HAAS COMPANY, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this        day of September, 2003, upon consideration of Defendant's Unopposed Motion to Remove Case From the Trial Pool Listing (Document No. 35), it is hereby ORDERED that the Motion is GRANTED and that the case is removed from the trial pool until further order of the Court.[1]

BY THE COURT:

_____
J. CURTIS JOYNER, J.

---

[1] It is the common practice of this Court to remove a case from the trial pool listing until disposition of a pending summary judgment motion.