**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
DR. MANUAH MANDY LIN,            :    CIVIL ACTION
                                 :
        Plaintiff,               :    02-3612
                                 :
     v.                          :
                                 :
                                 :
ROHM AND HAAS COMPANY,           :
                                 :
        Defendant.               :
```

## ORDER

AND NOW, this       day of September, 2003, upon consideration of the Plaintiff's letter dated September 9, 2003 requesting an extension of time to file a response to Defendant's Motion for Summary Judgment, it is hereby ORDERED that Plaintiff's request is GRANTED.

The deadline for Plaintiff's response is hereby EXTENDED to September 22, 2003.

BY THE COURT:

_____
J. CURTIS JOYNER, J.