UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. MANHUA MANDY LIN : | |
| : | |
| Plaintiff : | |
| : | |
| vs. : | CIVIL ACTION NO.  02-cv-3612 |
| : | |
| ROHM AND HAAS COMPANY : | |
| : | JURY TRIAL DEMANDED |
| Defendant : | |

**PLANTIFF'S MOTION FOR RECONSIDERATION OF ORDER GRANTING SUMMARY JUDGMENT REGARDING BREACH OF CONTRACT**

Plaintiff, Dr. Manhua Mandy Lin, by and through her counsel, Leonard, Tillery & Sciolla, LLP, hereby moves, pursuant to Local Rule 7.1, for reconsideration of the Order of November 13, 20003 granting Summary Judgement as to Plaintiff's breach of contract claim.  In support of the Motion, Plaintiff relies on the Memorandum of Law attached hereto together with the Memorandum of Law and record from the underlying Motion for Summary Judgment.

       Respectfully submitted,

_____
Hugh J. Hutchison, Esquire
Leonard, Tillery & Sciolla, LLP
1515 Market Street, Eighteenth Floor
Philadelphia, PA 19102
(215) 567-1530

*Attorney for Plaintiff Dr. Manhua Mandy Lin*