**CERTIFICATE OF SERVICE**

I, Hugh J. Hutchison, Esquire, hereby certify that I caused a copy of the foregoing **MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER GRANTING SUMMARY JUDGMENT REGARDING BREACH OF CONTRACT** to be served upon the following via First Class Mail this December 5th, 2003:

Raymond A. Kresge, Esquire
Klett Rooney Lieber & Schorling, P.C.
12th Floor, Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103-2756

                                                Hugh J. Hutchison

Date:  December 5, 2003