# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. MANHUA MANDY LIN : | |
| : | |
| Plaintiff : | |
| : | |
| vs. : | CIVIL ACTION NO.  02-CV-3612 |
| : | |
| ROHM AND HAAS COMPANY : | |
| : | |
| Defendant : | |

## ORDER

AND NOW, this       day of          , 2003, upon consideration of the Motion of Plaintiff, Dr. Manhua Mandy Lin, for Reconsideration of this Court's Order granting Summary Judgment with respect to Plaintiff's claim for Breach of Contract, and Defendant's response thereto, it is hereby ORDERED that the Motion is GRANTED.

_____
                                                                                                                J.