## CERTIFICATE OF SERVICE

I, Hugh J. Hutchison, Esquire, hereby certify that I caused a copy of the foregoing **MOTION OF PLAINITFF, DR. MANHUA MANDY LIN, FOR RECONSIDERATION OF THE ORDER GRANTING SUMMARY JUDGMENT AS TO COUNTS II AND III OF PLAINTIFF'S AMENDED COMPLAINT** and a **MEMORANDUM OF LAW** in support thereof to be served upon the following via first class mail, postage prepaid on this 9th day of February 2004:

    Raymond A. Kresge, Esquire
    Klett Rooney Lieber & Schorling, P.C.
    12th Floor Logan Square
    Philadelphia, PA 19103-2756

    Mari Shaw, Esquire
    2106 Spruce Street
    Philadelphia, PA 19103

                                          _____/S/_____
                                                   Hugh J. Hutchison

Date:  February 9, 2004