# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DR. MANHUA MANDY LIN | : | **FILED UNDER SEAL** |
| Plaintiff | : | |
| vs. | : | CIVIL ACTION NO. 02-cv-3612 |
| ROHM AND HAAS COMPANY | : | JURY TRIAL DEMANDED |
| Defendant | : | |

## ORDER

AND NOW this _____ day of February 2004, upon consideration of Motion of Plaintiff, Dr. Manhua Mandy Lin, for Reconsideration of the Order granting Summary Judgment as to Counts II and III of Plaintiff's Amended Complaint and Defendant's response thereto, it is hereby ORDERED that the Motion is GRANTED and Counts II and III of the Amended complaint are REINSTATED.

By the Court:

_____
J.