UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. MANHUA MANDY LIN, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION NO. 02-CV-3612 |
| | : |
| ROHM AND HAAS COMPANY, | : |
| | : |
| Defendant. | : |

ORDER

AND NOW, this ___ day of _____ 2004, upon consideration of Plaintiff's Motion for Reconsideration of the Order Denying Reconsideration of the Order Granting Summary Judgment as to Counts II and III of Plaintiff's Amended Complaint, and Defendant's response in opposition, it is hereby ORDERED that the Motion is DENIED with prejudice, and it is further ORDERED that Plaintiff may not file a motion for reconsideration of this Order.

_____
                                                                         J.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. MANHUA MANDY LIN, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 02-CV-3612 |
| ROHM AND HAAS COMPANY, | : |
| Defendant. | : |

DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION
FOR RECONSIDERATION OF THE ORDER DENYING RECONSIDERATION
OF THE ORDER GRANTING SUMMARY JUDGMENT AS TO
COUNTS II AND III OF PLAINTIFF'S AMENDED COMPLAINT

Dissatisfied with the May 5, 2004 Order denying her first motion for reconsideration, plaintiff has abused Local Rule 7.1(g) by filing a second motion for reconsideration. In the instant motion, plaintiff does not argue that there is new, intervening law; does not argue that this Court misinterpreted or misapplied the controlling law on adverse employment action; and does not argue that there is new evidence for the Court to consider. In order words, plaintiff presents no basis for reconsideration. Plaintiff's second motion for reconsideration, which presents nothing new, should accordingly be denied.

Respectfully submitted,

/s/ *Raymond A. Kresge*      (rak1654)
RAYMOND A. KRESGE
ANDREW J. ROLFES
Klett Rooney Lieber & Schorling
Two Logan Square, 12th Floor
18th & Arch Streets
Philadelphia, PA 19103-2756
(215) 567-7500

Attorneys for Defendant

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 7th day of June 2004, I caused to be served a true and correct copy of the foregoing Defendant's Response In Opposition To Plaintiff's Motion For Reconsideration Of The Order Denying Reconsideration Of The Order Granting Summary Judgment As To Counts II And III Of Plaintiff's Amended Complaint by U.S. mail, postage prepaid on plaintiff's counsel:

> Hugh J. Hutchison, Esquire
> Leonard, Tillery & Sciolla, LLP
> 1515 Market Street
> Suite 1800
> Philadelphia, PA 19102

> /s/ *Raymond A. Kresge*   *(rak 1654)*
> RAYMOND A. KRESGE