**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DR. MANUAH MANDY LIN, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | 02-3612 |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ROHM AND HAAS COMPANY, | : | |
| | : | |
| Defendant. | : | |

## ORDER

AND NOW, this      day of July, 2004, upon consideration of the Plaintiff's Motion for Reconsideration (Document No. 57), Defendant's response thereto (Document No. 58), it is hereby ORDERED that Plaintiff's Motion is DENIED.


BY THE COURT:


_____
J. CURTIS JOYNER, J.