UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| DR. MANHUA MANDY LIN, : | |
| : | |
| Plaintiff, : | |
| : | |
| vs. : | CIVIL ACTION NO.  02-cv-3612 |
| : | |
| ROHM AND HAAS COMPANY, : | |
| : | JURY TRIAL DEMANDED |
| Defendant. : | |

### NOTICE OF APPEAL

Plaintiff (Appellant) Dr. Manhua Mandy Lin hereby appeals to the United States Court of Appeals for the Third Circuit from the Order entered July 27, 2004 denying Plaintiff's Motion for Reconsideration of Summary Judgment in favor of Defendant, Rohm and Haas Company, and all prior rulings adverse to Plaintiff.  The above cited opinions and orders were entered by the United States District Court for the Eastern District of Pennsylvania, the Honorable J. Curtis Joyner presiding.

Rohm and Haas Company is the only party to the judgment appealed from and its counsel is Raymond A. Kresge, Esquire at Klett, Rooney, Lieber & Schorling, P.C., 12th Floor Logan Square, Philadelphia, PA 19103-2756 and Mari Shaw, Esquire at 2106 Spruce Street, Philadelphia, PA 19103.

    Respectfully submitted,

By: /S/  hh1407
    Hugh J. Hutchison, Esquire
    Leonard, Tillery & Sciolla, LLP
    Attorney I.D. No. 02384
    1515 Market Street,18th Floor
    Philadelphia, PA 19102-2068
    *Attorney for Plaintiff*
    *Dr. Manhua Many Lin*

Date:  August 18, 2004



**CERTIFICATE OF SERVICE**

I, Hugh J. Hutchison, Esquire, hereby certify that I caused a copy of the foregoing Notice of Appeal to be served upon the following via first class mail, postage prepaid on this 18th day of August 2004:

Raymond A. Kresge, Esquire
Klett Rooney Lieber & Schorling, P.C.
12th Floor Logan Square
Philadelphia, PA 19103-2756

Mari Shaw, Esquire
2106 Spruce Street
Philadelphia, PA 19103

/S/  hh1407
Hugh J. Hutchison, Esquire

Date: August 18, 2004