IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DR. MANHUA MANDY LIN

                                02-3612
                                District Court Docket Number

    vs.

ROHM AND HAAS COMPANY

Notice of Appeal Filed 8/18/04
Court Reporter(s)/ESR Operator(s)       N/A

Filing Fee:
    Notice of Appeal _X_ Paid __Not Paid    __Seaman
    Docket Fee     _X_ Paid __Not Paid    __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed In Forma Pauperis  status, if applicable: (Attach copy of the Order)

__Motion Granted
__Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
__Pending

CC: Hon. J. Curtis Joyner
     Appeals Clerk
     U.S.C.A.

                                Defendant's Address (for criminal appeals)

                                Prepared by : _____
                                    Christine Demnianyk, Deputy Clerk
PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm