IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. MANHUA MANDY LIN, : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | Civ. No. 02-3612 |
| : | |
| ROHM AND HAAS COMPANY, : | |
| : | |
| Defendant. : | |

DEFENDANT'S OBJECTIONS TO UNSEALING OF DOCUMENTS

Pursuant to Rule 5.1.5 of the Local Rules of Civil Procedure and in response to the Court's November 9, 2006 Notice (with the response time extended by Court Order of December 22, 2006), Defendant Rohm and Haas Company objects to the unsealing of the following documents on the ground that these documents contain confidential trade secret information:

1. Paper No. 38 (filed on September 23, 2003) -- Memorandum of Law filed by Plaintiff In Opposition to Defendant's Motion for Summary Judgment and accompanying Appendix of Exhibits;

2. Paper No. 40 (filed on October 10, 2003) -- Reply Brief filed by Defendant Rohm and Haas Company in support of its Motion for Summary Judgment and accompanying exhibits;

3. Paper No. 42 (filed On November 25, 2003) -- Document filed under seal by Defendant Rohm and Haas Company: Defendant's Motion for Reconsideration or in the Alternative, Renewed Motion for Summary Judgment and exhibits thereto;

4. Paper No. 45 (filed on December 9, 2003) -- Plaintiff's Memorandum of Law In Opposition to Defendant's Motion for Reconsideration or In the Alternative, Renewed Motion for Summary Judgment and exhibits thereto; and

      5.      Paper No. 52 (filed on February 9, 2004) -- Plaintiff's Motion For Reconsideration of the Order Granting Summary Judgment as to Counts II and III of Amended Complaint and exhibits thereto.

      Defendant respectfully requests that the Court continue to maintain these documents under seal because they contain confidential information.

Respectfully submitted,

*/s/ Raymond A. Kresge*      rak1654
RAYMOND A. KRESGE
VICTORIA L. ZELLERS
Cozen O'Connor
1900 Market Street
Philadelphia, PA  19103
(215) 665-2000
    and
CELIA JOSEPH
Rohm and Haas Company
100 Independence Mall West
Philadelphia, PA  19106-2399
(215) 592-3000

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify that on this 16th day of February 2007, I caused to be served a true and correct copy of Defendant's Objections to Unsealing of Documents by first-class mail, postage prepaid, and electronic filing upon:

>Hugh J. Hutchison, Esquire
>Leonard, Tillery & Sciolla, LLP
>1515 Market Street, Suite 1800
>Philadelphia, PA  19102
>
>Mari Shaw, Esquire
>Obermayer, Rebmann, Maxwell
>  & Hippel, LLP
>One Penn Center, 19th Floor
>1617 John F. Kennedy Boulevard
>Philadelphia, PA  19103

/s/  Raymond A. Kresge             rak1654
RAYMOND A. KRESGE