IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Dr. Manhua Mandy Lin | : | CIVIL ACTION |
| Plaintiff | : | 02-3612 |
| v. | : | |
| Rohm and Haas Company | : | |
| Defendants | : | |

## ORDER

AND NOW, this 11th day of April, 2007, upon consideration of Defendant's Objections to Unsealing of Documents pursuant to Rule 5.1.5 of the Local Rules of Civil Procedure (Doc. No. 67), it is hereby **ORDERED** that:

1. Docket Entries 38, 40, 42, 45 and 52 SHALL REMAIN FILED UNDER SEAL.

2. Docket Entries 19, 22, 34, 46, 47, 48, 49, 53 and 54 SHALL BE UNSEALED.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.